371 A.2d 1305

First National Bank of Herminie v. Insurance Company of North America, Appellant.

Argued November 15, 1976. John R. McGinley, Jr., with him Grogan, Graffam, McGinley & Solomon, for appellant; Ralph H. German, with him Cooper, Speer, German & Kelly, for appellee.

Judgment affirmed.

WATKINS, P. J., absent.